# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**WILLIAM ROBERT BARNETT, II,**<br><br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:25-cr-00003-TES-CHW-1** |

## ORDER GRANTING CONSENT
## MOTION TO CONTINUE TRIAL

Before the Court is Defendant William Robert Barnett's Consent Motion to Continue Trial [Doc. 24]. On February 11, 2025, the Government obtained an indictment charging Defendant with Conspiracy to Sexually Exploit a Child,[1] Distribution of Child Pornography,[2] Receipt of Child Pornography,[3] Possession of Child Pornography,[4] and Attempted Use of Facilities in Interstate and Foreign Commerce to Transmit Information about a Minor.[5] [Doc. 1]. Defendant entered a plea of not guilty. [Doc. 16].

Defendant seeks a continuance to review discovery and engage in plea

---

[1] In violation of 18 U.S.C. § 2251(a), (e).

[2] In violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

[3] In violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

[4] In violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

[5] In violation of 18 U.S.C. § 2425.

negotiations with the Government. [Doc. 24, pp. 1–2]. So as to avoid a miscarriage of justice, the Court **GRANTS** the Defendant's Consent Motion for Continuance [Doc. 24] and **CONTINUES** this case to the July term—beginning on July 8, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 24th day of April, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**