**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL ACTION NO.** |
| | **3:25-cr-00003-TES-CHW-1** |
| **WILLIAM ROBERT BARNETT, II,** | |
| *Defendant.* | |

**ORDER GRANTING CONSENT**
**MOTION TO CONTINUE TRIAL**

Before the Court is Defendant William Robert Barnett's Consent Motion to

Continue Trial [Doc. 26]. On February 11, 2025, the Government obtained an indictment

charging Defendant with Conspiracy to Sexually Exploit a Child,[1] Distribution of Child

Pornography,[2] Receipt of Child Pornography,[3] Possession of Child Pornography,[4] and

Attempted Use of Facilities in Interstate and Foreign Commerce to Transmit

Information about a Minor.[5] [Doc. 1]. Defendant entered a plea of not guilty. [Doc. 16].

Defendant seeks a continuance to review discovery and engage in plea

---

[1] In violation of 18 U.S.C. § 2251(a), (e).

[2] In violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

[3] In violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

[4] In violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

[5] In violation of 18 U.S.C. § 2425.

negotiations with the Government. [Doc. 26, pp. 1–2]. So as to avoid a miscarriage of justice, the Court **GRANTS** the Defendant's Consent Motion for Continuance [Doc. 26] and **CONTINUES** this case to the August term—beginning on August 11, 2025. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

      **SO ORDERED**, this 28th day of May, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**